UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ANNA RHODES | ) | |
|       Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | 5:23-CV-307-FL |
| NAVY FEDERAL CREDIT UNION | ) | |
|       Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the memorandum and recommendations of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered December 21, 2023 and January 29, 224 and for the reasons set forth more specifically therein, that this action is DISMISSED for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on January 29, 2024, and Copies To:**
Anna Rhodes (via US mail) 539 W. Commerce St, #2903, Dallas, TX 75208

January 25, 2024                            PETER A. MOORE, JR., CLERK

                                                  /s/ Sandra K. Collins
                                (By)    Sandra K. Collins, Deputy Clerk